No. 40,287

O. H. HEDGES, *Appellant,* v. C. L. KEAS and KENNETH C. KEAS, doing business as KEAS DRILLING COMPANY, and FRANK D. HOTCHKISS, *Appellees.*

(313 P. 2d 264)

Opinion denying a rehearing filed June 20, 1957. (For original opinion of affirmance, see *Hedges, v. Keas,* 180 Kan. 540, 306 P. 2d 181.)

*George W. Donaldson* and *John C. McCall,* of Chanute, for the appellant.

*Charles E. Henshall,* of Chanute, and *Thos. C. Forbes, Harold G. Forbes* and *George Forbes,* of Eureka, for the appellees Keas and Keas.

*Per Curiam:* Appellant's petition for rehearing in the above-captioned action has been considered and it is ordered that paragraph one of the syllabus and the corresponding portion of the opinion in *Hedges v. Keas,* 180 Kan. 540, 306 P. 2d 181, be withdrawn. Otherwise, the original opinion is adhered to.

The petition for rehearing is denied.